No. 04-00-00359-CV



IN RE FIREMAN'S FUND AGRI-BUSINESS, INC. 


D/B/A Fireman's Fund Agribusiness and Carroll Dunn,



Original Mandamus Proceeding (1)



PER CURIAM


Sitting: Tom Rickhoff, Justice

 Sarah B. Duncan, Justice

 Karen Angelini, Justice


Delivered and Filed: September 13, 2000 


JOINT MOTION TO DISMISS GRANTED; PETITION FOR WRIT OF MANDAMUS
DISMISSED


 Relator and the real party in interest filed a joint motion to dismiss this mandamus proceeding.
We grant the motion. Costs of this mandamus are taxed against the party who has incurred them.

 The clerk of this court is directed to transmit a copy of this opinion to the attorneys of record,
the trial court judge, and the trial court clerk.

 PER CURIAM

DO NOT PUBLISH


1. The mandamus proceeding arises out Cause No. DC-00-48, styled Roel Gonzales D/B/A P.G. Farms A/K/A
P.G. Farming v. Fireman's Fund Agri-Business, Inc. D/B/A Fireman's Fund Agribusiness and Carroll Dunn, pending
in the 229th Judicial District Court, Duval County, Texas, the Honorable Alex W. Gabert presiding.